AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>ANTHONY JAMES CASAUS II,<br>a/k/a TROUBLE<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-cr-00246-1 |

REC'D USMS-D/ND
2025 NOV 20 9:59

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Anthony James CASAUS II, a/k/a Trouble                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Illegal Use of a Communications Facility
Possession with Intent to Distribute Fentanyl (40 grams or more fentanyl-mixture) (2 counts)
Conspiracy to Commit Money Laundering
Aiding and Abetting

Date:  11/20/2025                                                                  /s/ Janelle Brunner
                                                                                   *Issuing officer's signature*

City and state:   Bismarck, ND                                              Janelle Brunner, Deputy Clerk
                                                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/20/25 , and the person was arrested on *(date)* 11/20/25
at *(city and state)* Bismarck, ND .

Date: 11/20/25                                            Thomas Kinney on behalf of ATF
                                                          *Arresting officer's signature*

                                                          DUSM Thomas Kinney
                                                          *Printed name and title*